UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x     Civil Action No.
KURTIN PLLC and OWEN D. KURTIN,
                        Plaintiffs,

           v.                                  **VERIFICATION**

ICON CAPITAL RESERVE S.A. and
J. BRADLEY HALL,
                        Defendants.
------------------------------------------------------x

     **OWEN D. KURTIN,** a Member of the Bar of this Court and of the Bar of the State of New York, deposes and says, under the penalties of perjury pursuant to 28 U.S.C.§1746, that he is one of the plaintiffs in this action and the sole member and owner of plaintiff Kurtin, PLLC, that he has read the complaint dated October 14, 2024 in the above action and that the same is true to the best of his knowledge, except that, as to matters alleged on information and belief, he believes the same to be true.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2025.

                                                                   *[signature]*

                                                      _____
                                                              Owen D. Kurtin