USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KURTIN PLLC and OWEN D KURTIN,

Plaintiffs,

-v-

J BRADLEY HALL and
ICON CAPITAL RESERVE S.A.,

Defendants.

25-cv-8505 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On March 30, 2026, Plaintiffs filed under seal a motion for a default judgment. Dkt. No. 24. That filing did not comply with the Court's Individual Practices in Civil Cases, Attachment A. In particular, Plaintiffs filed the motion for a default judgment in its entirety under seal without narrow tailoring. In addition, the docket does not reflect a certificate of service stating that all documents in support of the request for a default judgment were personally served on or mailed to the last known address of the party against whom default judgment is sought. *See* L. Civ. R. 55.2(a)(3). The motion for a default judgment accordingly is denied without prejudice to renewal in accordance with the Court's Local Civil Rules and the undersigned's Individual Practices. Any renewed motion for a default judgment shall demonstrate with evidence and a memorandum of law that service has been properly effected outside the United States in

accordance with the Federal Rules of Civil Procedure.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 23 and 24.

SO ORDERED.

Dated: September 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge